IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **VINICIUS BATISTA DE LUCENA,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:25-cv-00661 |
| **TOOTSIES ENTERTAINMENT LLC, et al.,** | ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report (Doc. No. 40), recommending that Plaintiff's motion to remand (Doc. No. 22) be granted, or in the alternative that Defendants' motions to dismiss (Doc. Nos. 7, 11, 15, 19) be granted and Plaintiff be allowed to file an amended complaint. Plaintiff has no objection to the recommendation to remand. (Doc. No. 41). Defendants filed a response (Doc. No. 42) titled a "partial objection," but fail to identify an error made by the Magistrate Judge. Thus, their objection is without merit. *See Howard v. Sec. of Health & Human Servs.*, 932 F.2d 505, 509 (6th Cir. 1991) (Objections that do not identify an error are meritless).

Having reviewed the Report and Recommendation, the Court concludes that it should be adopted and approved. Accordingly, Plaintiff's motion (Doc. No. 22) is **GRANTED**, and this matter is **REMANDED** to the Circuit Court for Davidson County, Tennessee. All remaining pending motions are **TERMINATED** as moot. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE